Koles, Burke & Bustillo, L.L.P.
2600 Kennedy Boulevard
Jersey City, New Jersey 07306
(201) 200-0300
Attorney for Karen Thurston
johnburkeesq@verizon.net

---

Plaintiff (s),

Karen Thurston,

Civil Action Number: 2:08-cv-194 PGS-ES

vs.

Defendant (s),

Morgan Funding Corp., Josephi Rosa a/k/a Jose F. Rosa,
Dale Braves, Daniel Mackle, IndyMac Bank, FSB,
IndyMac Bancorp., Marc Bressler, Esq., David Bressler, Esq.,
Bressler & Duyk Law Firm, New Horizon Settlement Services,
John Doe No. 1-10 and ABC Corp. No. 1-10,

---

CIVIL ACTION

**STIPULATION OF DISMISSAL**

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and without costs against all parties.

By _____    By _____
Maxwell Billek, Esq, Esq.         John M. Burke, Esq.
Billek & Yesalonis                Koles, Burke & Bustillo, LLP
Attorney for Defendants           Attorney for Plaintiffs
Daniel Mackle and Morgan Funding Corp.

Dated: 7/8/09                     Dated: 6/19/09

SO ORDERED: _____
DATED: 7/14/09